JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CANLAS, | Case No: CV 15-04724 BRO-MRW |
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS |
| vs. | |
| RONALD L. GREENE, PRESIDENT, AFNI, INCORPORATED. | |
| Defendants. | |

Based on the Stipulation to Dismiss, the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 11, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge